**STATE of Missouri, Respondent,**

v.

**Michael E. CAIN, Appellant.**

**No. WD 74669.**

Missouri Court of Appeals,
Western District.

March 26, 2013.

Susan Hogan, Kansas City, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM:

Mr. Michael E. Cain appeals the trial court's judgment and sentence imposed after a jury found him guilty of one count of rape with a weapon and two counts of forcible sodomy. Mr. Cain challenges the prior offender finding by the trial court.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).